UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE ESO SOLUTIONS, INC. BREACH LITIGATION<br><br>This Document Relates To: All Parties | Master File No. 1:23-cv-01557-RP |

## JOINT MOTION TO STAY CASE DEADLINES PENDING MEDIATION

Plaintiffs Steven Guiffre, Billy Love, George Simpson, Jamie Thomas, Deborah Todd, and Robert Day ("Plaintiffs") and Defendant ESO Solutions, Inc. ("ESO") hereby jointly file this motion to stay:

1. This Parties have met and conferred regarding the status of litigation and have agreed to potentially mediate this matter.

2. The Parties are currently in the process of selecting a potential mediator and a date to hold the mediation.

3. The Parties request that this Honorable Court stay the proceeding for fourteen days, to February 28, 2025, at which time the Parties will provide a Joint Status report concerning the mediation date and request a stay until the completion of mediation.

WHEREFORE, the Parties jointly request that the Court enter an Order staying the current deadlines until February 28, 2025 and ordering the Parties to submit a status report regarding the status of the Parties' picking a mediation time on or before that date.

| | |
|---|---|
| Date: February 14, 2025 | Respectfully submitted,<br><br>/s/ *Philip J. Krzeski*<br>Bryan L. Bleichner*<br>Philip J. Krzeski*<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>*bbleichner@chestnutcambronne.com*<br>*pkrzeski@chestnutcambronne.com*<br><br>John A. Yanchunis<br>Texas Bar No. 22121300<br>**MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 318-5189<br>*jyanchunis@ForThePeople.com*<br><br>Gary M. Klinger*<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>*glkinger@milberg.com*<br><br>*Interim Class Counsel for Plaintiffs and the Proposed Class*<br><br>*Admitted Pro Hac Vice<br><br>Joe Kendall, State Bar No. 11260700<br>**KENDALL LAW GROUP, PLLC**<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, Texas 75219<br>Telephone: (214)744-3000<br>*jkendall@kendalllawgroup.com* |

> Bruce W. Steckler, State Bar No. 00785039
> Paul D. Stickney, State Bar No. 00789924
> **STECKLER WAYNE & LOVE PLLC**
> 12720 Hillcrest Rd., Suite 1045
> Dallas, Texas 75230
> Telephone: (972) 387-4040
> *bruce@swclaw.com*
> *judgestick@gmail.com*
>
> ***Texas Local Counsel for Plaintiffs and the Proposed Class***
>
> AND
>
> Daniel J. Paret, State Bar No. 24088181
> Christopher J. Seusing, *Pro hac vice*
> **WOOD SMITH HENNING & BERMAN**
> 14860 Landmark Blvd., Suite 120
> Dallas, Texas 75254
> Telephone: (469) 210-2050
> *dparet@wshblaw.com*
> *cseusing@wshblaw.com*
>
> ***Attorneys for ESO Solutions, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system on February 14, 2025.

> */s/ Philip J. Krzeski*
> Philip J. Krzeski

3