# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| IN RE ESO SOLUTIONS, INC. BREACH LITIGATION<br><br>This Document Relates To: All Parties | Master File No. 1:23-cv-01557-RP |

## JOINT STATUS REPORT REGARDING MEDIATION

Defendant ESO Solutions, Inc. ("ESO") and Plaintiffs Steven Guiffre, Billy Love, George Simpson, Jamie Thomas, Deborah Todd, and Robert Day (collectively "Plaintiffs") (together, with ESO, "the Parties") hereby provide this Joint Status Report regarding mediation. Pursuant to this Court's March 3, 2025, text only entry Order, this case was stayed pending the outcome of the then anticipated mediation. As represented in the Parties Joint Motion to Stay Case Pending Mediation (Doc. 48), that mediation occurred on May 8, 2025, with the assistance of Hon. David E. Jones (Ret.) as mediator. The case did not resolve on May 8th; however the Parties are continuing to engage in resolution discussions, and request the stay be extended for an additional fourteen (14) days—up to and including May 29, 2025—to permit those discussions to continue. The Parties intend to file another Status Report, on or before the date above, to advise that a resolution has been reached and/or request a schedule for the case moving forward.

Dated: May 15, 2025

Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger *(Pro Hac Vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Bryan L. Bleichner *(Pro Hac Vice)*
Philip Krzeski *(Pro Hac Vice)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South,
Suite 1700 Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Joe Kendall, State Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: (214)744-3000
jkendall@kendalllawgroup.com

Respectfully submitted,

*/s/ Christopher J. Seusing*
Daniel J. Paret, State Bar No. 24088181
Christopher J. Seusing *(Pro Hac Vice)*
**WOOD SMITH HENNING & BERMAN LLP**
14860 Landmark Blvd., Suite 120
Dallas, Texas 75254
Telephone: (469) 210-2050
dparet@wshblaw.com
cseusing@wshblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system on May 15, 2025.

/s/ *Gary M. Klinger*
Gary M. Klinger