UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE ESO SOLUTIONS, INC. BREACH LITIGATION<br><br>This Document Relates To: All Parties | Master File No. 1:23-cv-01557-RP |

**JOINT STATUS REPORT ON JULY 21, 2025**

Defendant ESO Solutions, Inc. ("ESO") and Plaintiffs Steven Guiffre, Billy Love, George Simpson, Jamie Thomas, Deborah Todd, and Robert Day (collectively "Plaintiffs") (together, with ESO, "the Parties") hereby provide this Joint Status Report pursuant to this Court's June 23, 2025, text only entry Order.

On July 17, 2025, the Parties reached an agreement in principle to resolve this action on a class-wide basis. To that end, the Parties are in the process of preparing a written settlement agreement and anticipate filing preliminary approval papers within the next thirty (30) days. Accordingly, the Parties respectfully request that the current stay of litigation be extended through August 20, 2025. The Parties intend to file another Joint Status Report, on or before the date above, updating the Court on their progress if they have not filed settlement approval papers by then. The Parties certify the request is not for undue purposes of delay.

Dated: July 21, 2025

                                        Respectfully submitted,

| | |
|---|---|
| /s/ *Gary M. Klinger (with permission)* | /s/ *Christopher J. Seusing* |
| Gary M. Klinger* | Christopher J. Seusing (Pro Hac Vice) |
| **MILBERG COLEMAN BRYSON** | Daniel J. Paret, State Bar No. 24088181 |
| **PHILLPS GROSSMAN PLLC** | **WOOD SMITH HENNING** |
| 227 W. Monroe Street, Suite 2100 | **& BERMAN LLP** |
| Chicago, IL 60606 | 14860 Landmark Blvd, Suite 120 |
| Telephone: (866) 252-0878 | Dallas, Texas 75254 |
| *glkinger@milberg.com* | Telephone: (469) 210-2050 |
| | dparet@wshblaw.com |
| Bryan L. Bleichner* | csusing@wshblaw.com |
| Philip Krzeski* | |
| **CHESTNUT CAMBRONNE PA** | |
| 100 Washington Avenue South, | |
| Suite 1700 Minneapolis, MN 55401 | |
| Telephone: (612) 339-7300 | |
| Fax: (612) 336-2940 | |
| *bbleichner@chestnutcambronne.com* | |
| *pkrzeski@chestnutcambronne.com* | |

*Admitted Pro Hac Vice