UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE ESO SOLUTIONS, INC. BREACH LITIGATION<br><br>This Document Relates To: All Parties | Master File No. 1:23-cv-01557-RP |

**JOINT STATUS REPORT ON AUGUST 20, 2025**

Defendant ESO Solutions, Inc. ("ESO") and Plaintiffs Steven Guiffre, Billy Love, George Simpson, Jamie Thomas, Deborah Todd, and Robert Day (collectively "Plaintiffs") (together, with ESO, "the Parties") hereby provide this Joint Status Report pursuant to this Court's July 21, 2025, text only entry Order.

On July 17, 2025, the Parties reached an agreement in principle to resolve this action on a class-wide basis. Since that date, the Parties have been diligently working to finalize a class action settlement. The Parties have exchanged a draft of a written settlement agreement and hope to execute their agreement within the next two weeks. The Parties anticipate filing preliminary approval papers within the next thirty (30) days. Accordingly, the Parties respectfully request that the current stay of litigation be extended through September 19, 2025. The Parties intend to file a motion for preliminary approval on or before September 19, 2025. The Parties certify the request is not for undue purposes of delay.

[SIGNATURE BLOCKS ON FOLLOWING PAGE]

Dated: August 20, 2025                                         Respectfully submitted,

| | |
|---|---|
| /s/ *Gary M. Klinger* <br> Gary M. Klinger* <br> **MILBERG COLEMAN BRYSON** <br> **PHILLPS GROSSMAN PLLC** <br> 227 W. Monroe Street, Suite 2100 <br> Chicago, IL 60606 <br> Telephone: (866) 252-0878 <br> *glkinger@milberg.com* <br><br> Bryan L. Bleichner* <br> Philip Krzeski* <br> **CHESTNUT CAMBRONNE PA** <br> 100 Washington Avenue South, <br> Suite 1700 Minneapolis, MN 55401 <br> Telephone: (612) 339-7300 <br> Fax: (612) 336-2940 <br> *bbleichner@chestnutcambronne.com* <br> *pkrzeski@chestnutcambronne.com* <br><br> *Admitted Pro Hac Vice | /s/ *Christopher J. Seusing* <br> Christopher J. Seusing (Pro Hac Vice) <br> Daniel J. Paret, State Bar No. 24088181 <br> **WOOD SMITH HENNING** <br> **& BERMAN LLP** <br> 14860 Landmark Blvd, Suite 120 <br> Dallas, Texas 75254 <br> Telephone: (469) 210-2050 <br> dparet@wshblaw.com <br> csusing@wshblaw.com |