UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE ESO SOLUTIONS, INC. BREACH LITIGATION,<br><br>This Document Relates to: All Parties | Case No. 1:23-cv-01557-RP |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiff in the Consolidated Action of *In Re ESO Solutions, Inc. Breach Litigation* ("Plaintiff"), individually and on behalf of the Settlement Class, and Defendant ESO Solutions, Inc. ("Defendant") hereby notify the Court that they have reached agreement on the material terms of a class settlement in this matter and have been working on diligently finalizing the related documents. The Parties respectfully request an additional two weeks, or no later than October 31, 2025, to file Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice Plan. In the interim, the Parties respectfully request that the Court continue to stay all case deadlines. The Parties certify this request is not for undue purposes of delay but rather to allow sufficient time for necessary preparation.

Accordingly, the Parties respectfully request that the Court extend the current stay of all deadlines for fourteen (14) days—up to and including October 31, 2025, at which time Plaintiffs will move for preliminary approval of the class settlement.

1

Dated: October 17, 2025                            Respectfully submitted,

/s/ *Gary M. Klinger*                              /s/ *Christopher J. Seusing*_____
Gary M. Klinger*                                   Christopher J. Seusing (*Pro Hac Vice*)
**MILBERG COLEMAN BRYSON**                         **WOOD SMITH HENNING**
**PHILLIPS GROSSMAN PLLC**                         **& BERMAN LLP**
227 w. Monroe Street, Suite 2100                   14860 Landmark Blvd, Suite 120
Chicago, IL 60606                                  Dallas, TX 75254
Telephone: (866) 252-0878                          Telephone: (469) 210-2050
*gklinger@milberg.com*                             *cseusing@wshblaw.com*

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*pkrzeski@chestnutcambronne.com*
*bbleichner@chestnutcambronne.com*


*Admitted Pro Hac Vice