IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE ESO SOLUTIONS, INC. BREACH LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | 1:23-CV-1557-RP |

**ORDER**

On May 6, 2026, the Court granted final approval of the class action settlement in this consolidated case and directed the Clerk of Court to close the lead case, 1:23-cv-1557-RP. (Dkt. 71, at 7). As nothing remains to resolve in this matter, **IT IS ORDERED** the Clerk of Court shall **CLOSE** the following member cases: 1:23-cv-01564-RP, 1:24-cv-00006-RP, 1:24-cv-00003-RP, 1:23-cv-01560-RP, and 1:23-cv-01577-RP.

**SIGNED** on May 28, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE